**Cecil L. Walker, appellant, v. Lorita M. Walker, appellee. Gen. No. 7,979.**

Bill for divorce because of adultery and for custody of minor children. Dismissed on account of condonation. Appeal from the Circuit Court of Macon county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Vail, Pogue & Allen, for appellant. W. Thos. Coleman, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Joe Hays, appellee, v. The National Life and Accident Insurance Company, appellant. Gen. No. 7,993.**

Action to recover accident insurance for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter J. Brewer, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed November 6, 1926.

Clark & Hutton, for appellant. J. D. Allen, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**E. A. Richardson, appellant, v. Harry Riley, appellee. Gen. No. 7,997.**

Judgment for defendant affirmed on appellant's abstract failing to comply with rules. Appeal from the Circuit Court of Shelby county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

W. H. Whitaker, for appellant. Ward & Pugh, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Lulu Highmore, appellee, v. J. B. Highmore, appellant. Gen. No. 8,001.**

Bill for separate maintenance. Decree for complainant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

William J. Lawler, for appellant. John P. Snigg, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.